AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              **CRIMINAL COMPLAINT**

**FAHEEM MOUSA SALAM**                          Case number:

                                                **UNDER SEAL**

I, the undersigned complainant Special Agent James Dormuth, being duly sworn, hereby state the following is true and correct to the best of my knowledge and belief. From at least on or about December 12, 2005 through January 3, 2006, in Iraq, within the extraterritorial jurisdiction of the United States and elsewhere, and therefore, pursuant to Title 15, United States Code, Section 78dd-2(i), within the jurisdiction of United States District Court for the District of Columbia, Defendant FAHEEM MOUSA SALAM did unlawfully and knowingly offer a bribe to a foreign official in violation of Title 15, United States Code, Section 78dd-2(i). I further state that I am a Special Agent with the Office of the Special Inspector General for Iraq Reconstruction and this Complaint is based on the facts as stated in the attached Affidavit which is made a part hereof.

Signature of Complainant:

                                              **James Dormuth**
                                              **Special Agent, Office of the Inspector**
                                              **General for Iraq Reconstruction**

**Sworn to before me and subscribed in my presence on March __, 2006 at Washington, D.C.**

Name & Title of Judicial Officer                                Signature of Judicial Officer