UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: COMPLAINT AND ) | |
| ARREST WARRANT FOR ) | Mag. No. ____ |
| FAHEEM MOUSA SALAM ) | |
| ) | |
| ) | FILED UNDER SEAL |

## GOVERNMENT'S MOTION TO SEAL

The United States, by and through undersigned counsel appearing pursuant to Local Civil Rule 83.2(e) and Local Criminal Rule 44.5(e) respectfully moves this Court to seal the accompanying Complaint, Application for Arrest Warrant, Affidavit in Support of Arrest Warrant and Complaint, this Motion to Seal, and the sealing Order. The government also moves to seal all subsequent associated filings and Orders until further order of the Court. In support of this motion, the United States represents the following:

The filings in this action are part of an ongoing criminal investigation. Disclosure of the filings may hinder or compromise that investigation. Disclosure may also encourage the defendant to flee or to otherwise avoid arrest.

WHEREFORE, it is respectfully requested that this motion be granted, and that this Court sign the attached Order sealing the Complaint, Application for Arrest Warrant, Affidavit in Support of Arrest Warrant and Complaint, this Motion to Seal, and the sealing Order.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

PAUL E. PELLETIER
Acting Chief, Fraud Section

        MARK F. MENDELSOHN
        Deputy Chief, Fraud Section

By:   _____
        STACEY K. LUCK
        Trial Attorney
        Fraud Section, Criminal Division
        U.S. Department of Justice
        1400 New York Avenue NW
        Washington, DC 20530
        (202) 305-0273

        JONATHAN N. ROSEN
        Assistant U.S. Attorney
        Fraud and Public Corruption Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 514-6991