IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 06-94-M-01 |
| | ) | |
| FAHEEM MOUSA SALAM, | ) | |
| | ) | **FILED** |
| Defendant. | ) | |
| | ) | MAR 1 4 2006 |
| _____ | ) | |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

**MOTION TO UNSEAL**

COMES NOW the United States of America, by and through its undersigned counsel, in the above-entitled and numbered cause, and respectfully moves this Court to unseal the previously sealed Warrant for Arrest, Affidavit in Support of Warrant for Arrest, Seizure Warrant and Affidavit for Seizure Warrant in this matter.

A proposed order is attached.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

PAUL E. PELLETIER
Acting Chief, Fraud Section

MARK F. MENDELSOHN
Deputy Chief, Fraud Section

Dated  3/14/06          By:   *Stacey K. Luck*
STACEY K. LUCK
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20530
(202) 305-0273

JONATHAN N. ROSEN
Assistant U.S. Attorney
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-6991