IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 06-94-M-01 |
| | ) | |
| FAHEEM MOUSA SALAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**FILED**

MAR 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration, the United States' Motion to Unseal is hereby **GRANTED**, and it is hereby

**ORDERED** that the previously sealed Warrant for Arrest, Affidavit in Support of Warrant for Arrest, Seizure Warrant and Affidavit for Seizure Warrant is hereby **UNSEALED**.

Dated Mar 16, 2006

_____
UNITED STATES MAGISTRATE JUDGE