CO-1509 (Rev. 1/94)

# ATTORNEY ADDRESS CORRECTION REQUEST

**UNIT REPRESENTATIVE:**

☐ Add Attorney and address to system

**SYSTEMS OFFICE:**

☐ Firm moved to new address      ☐ Verified

X  Address correction/modification

☐ Person Name change/correction

☐ Firm Name change/correction

☐ Create Flag: ☐ Pro Bono  ☐ Pro Hac Vice

☐ Other:_____

**ATTORNEY (PRO SE) FIX SPECIALIST:**

☐ Pro Se moved to new address

☐ Attorney moved to new address

☐ Attorney has multiple addresses

**ATTORNEY ADMISSION OFFICE:**

☐ Create flag:

☐ Government  ☐ Gvt Not Certified  ☐ RTC Attorney

☐ Attorney listed with "provisional" flag

☐ Attorney listed with "incomplete" flag

---

Case No.: 06-94-M-01_____        X Attorney      ☐ Pro Se

Bar ID No.: 463570_____        Prisoner ID No.:_____

Name: Stacey K. Luck_____

**OLD ADDRESS:**

Office: Vinson & Elkins L.L.P.

Address: 1455 Pennsylvania Ave., Willard Office Bldg_____

City:  Washington, D.C._____State:_____Zip: 20004

Telephone: (202) 639-6500_____

---

**NEW ADDRESS:**

Office: Department of Justice_____

Unit: Fraud, Criminal Division_____

Address: 1400 New York Ave., Bond Bldg_____

City: Washington, D.C._____State:_____Zip: 20005

Telephone: (202) 305-0273_____

COMMENTS:_____
_____

DATE: 3/21/06_____ Deputy Clerk:_____