AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

FAHEEM MOUSA SALAM

**WARRANT FOR ARREST**

CASE NUMBER: 06-94-M-01

**FILED MAR 24 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __FAHEEM MOUSA SALAM__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

VIOLATING TITLE 15, UNITED STATES CODE, SECTION 78dd-2(a).

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

_/s/ John M. Facciola_
Signature of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

MAR 08 2006  District of Columbia
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

RETURN

| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
|---|---|---|
| DATE RECEIVED<br>3-8-06 | NAME AND TITLE OF ARRESTING OFFICER<br>SEAN MCLEOD<br>SDMG | SIGNATURE OF ARRESTING OFFICER<br>*Sean McLeod* |
| DATE OF ARREST<br>3-24-06 | | |