# United States District Court

## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                                                          Case number: 06-94-M-01

FAHEEM MOUSA SALAM

### WAIVER OF PRELIMINARY HEARING

I, Faheem Mousa Salam, have been advised of my right to have a preliminary hearing, pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure, in conjunction with the warrant for my arrest. Having been advised of my rights, I do hereby voluntarily waive my right to a preliminary hearing.

_____                                DATE: 31st MAR 2006
Faheem Mousa Salam
Defendant

_____                               DATE: 3rd of April 2006
Tony Axam, Jr.
Attorney for the Defendant