IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Criminal No. 06-094M |
| ) | |
| FAHEEM SALAM,   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE
AND INCORPORATED MEMORANDUM OF LAW**

Defendant, Faheem Salam, through undersigned counsel, respectfully moves this Honorable Court to modify his conditions of release pursuant to 18 U.S.C. § 3142 so that he may change addresses. The government does not oppose this request. The grounds for this motion are set forth below.

**DISCUSSION**

Mr. Salam was arrested on March 23, 2006 in connection with the instant case. He was released on his own recognizance with conditions that he report weekly in person to the Pretrial Services Agency in his home state of Michigan; live at 37264 Blake Road, Livonia, MI while on electronic monitoring; notify the Pretrial Services Agency of any travel plans; not leave the D.C. area or the Eastern District of Michigan; surrender any passports in his possession; and seek employment.

According to Homero, Hinojosa, the pretrial services officer supervising Mr. Salam in Michigan, Mr. Salam is in complete compliance with his release conditions. Also, Mr. Salam has appeared in Washington, D.C. at all required hearings. He has appeared for all scheduled

meetings with counsel. Mr. Salam's next scheduled court appearance is June 21, 2006.

Mr. Salam currently resides with his sister-in-law and her children at the above-listed address. He has recently secured an apartment in the Eastern District of Michigan where he would like to live alone. The address for this location is 10125 Diane Drive, #103, Romulus, Michigan 48174. Mr. Salam has made arrangements to have a phone line installed at this new address. Pretrial Services Agent Homero Hinojosa indicates that the Pretrial Services Agency is prepared to monitor Mr. Salam at any new address provided the Court enters an Order allowing Mr. Salam to stop living with his sister-in-law and to change addresses. Mr. Hinojosa indicates that the Pretrial Services Agency will verify any new address provided by Mr. Salam prior to permitting him to move and will ensure that it is able to monitor Mr. Salam electronically at any new address.

Wherefore, Mr. Salam respectfully requests that the Court enter an Order changing one condition of his pretrial release and to leave all others intact. Specifically, Mr. Salam requests the Court to allow him to stop living with his sister-in-law at his current address and to allow him to move to an address that the Pretrial Services Agency verifies, and at which he will be monitored electronically.

                              Respectfully submitted,
                              A.J. KRAMER
                              FEDERAL PUBLIC DEFENDER

                              _____/S/_____
                              Tony Axam, Jr.
                              Assistant Federal Public Defender
                              625 Indiana Avenue, N.W., Ste 550
                              Washington, D.C. 20004
                              (202) 208-7500