IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-094M |
| ) | |
| FAHEEM SALAM, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

Upon consideration of Defendant Faheem Salam's Unopposed Motion to Modify Conditions of Release, it is hereby

ORDERED that the Defendant's motion is GRANTED; and it is further

ORDERED that Defendant Faheem Salam is permitted to stop living with his sister-in-law at 37264 Blake Road, Livonia, MI 48150, and to move to a new address, provided that the Pretrial Services Agency supervising Mr. Salam is able to confirm Mr. Salam's new address and is able to monitor him electronically at his new address; and it is further

ORDERED that all other conditions of release shall remain the same.

SO ORDERED this _____ day of _____, 2006.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

AFPD Tony Axam, Jr.
AUSA Jonathan Rosen
AUSA Stacey Luck
PSAO Daniel Gillespie