### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 06-094M |
| | ) | |
| FAHEEM SALAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**FILED**

MAY 0 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of Defendant Faheem Salam's Unopposed Motion to Modify Conditions of Release, it is hereby

ORDERED that the Defendant's motion is GRANTED; and it is further

ORDERED that Defendant Faheem Salam is permitted to stop living with his sister-in-law at 37264 Blake Road, Livonia, MI 48150, and to move to a new address, provided that the Pretrial Services Agency supervising Mr. Salam is able to confirm Mr. Salam's new address and is able to monitor him electronically at his new address; and it is further

ORDERED that all other conditions of release shall remain the same.

SO ORDERED this ___1st___ day of ___May___, 2006.

~~DEBORAH A. ROBINSON~~
UNITED STATES MAGISTRATE JUDGE
ALAN KAY

Copies to:

AFPD Tony Axam, Jr.
AUSA Jonathan Rosen
AUSA Stacey Luck
PSAO Daniel Gillespie

