UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-94M (JMF)** |
| | : | |
| **v.** | : | |
| | : | |
| **FAHEEM MOUSA SALAM** | : | |
| | : | |
| **Defendant.** | | |

## NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that in addition to Stacey K. Luck, whose appearance already is on record, the above captioned matter also is assigned to Assistant United States Attorney G. Bradley Weinsheimer, Bar Number 431796, telephone number (202) 514-6991 and this is notice of his appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
G. Bradley Weinsheimer
ASSISTANT UNITED STATES ATTORNEY
Bar Number 431796
555 4th Street, N.W., Room 5237
Washington, DC 20530
(202) 514-6991

CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2006, a copy of the Government's Motion to Substitute Counsel and to Enter an Appearance was provided by the electronic case filing system to counsel for the defendant: Tony Axam, Jr., Esq., Office of the Federal Public Defender, 625 Indiana Ave., N.W., Suite 550, Washington, D.C. 20004.

_____
G. Bradley Weinsheimer
ASSISTANT UNITED STATES ATTORNEY